

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The court reporter's second request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **December 27, 2018**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

